| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Dorr, Richard E. | 2. Court or Organization US District Court Western District of MO | 3. Date of Report 05/04/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active US District Court | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 222 John Q. Hammons Parkway Suite 3100 Springfield, MO 65806 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## Dorr, Richard E.

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Commerce Bank Account | A | Int./Div. | K | T | | | | | |
| 2. Signature Bank CD (X) | A | Int./Div. | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 Edward Jones | | | | | | | | | |
| 4. -O'Reilly Automotive (ORLY) Common Stock | | None | N | T | | | | | |
| 5. -SunAmerica Life Ins Polaris Variable Annuity | | None | K | T | | | | | |
| 6. -Hartford Life Director Variable Annuity | | None | K | T | | | | | |
| 7. -Great Southern Bank (GSBC) Comm Stk | B | Dividend | L | T | Buy | 01/10/10 | J | | |
| 8. | | | | | Buy | 04/14/10 | J | | |
| 9. | | | | | Buy | 10/13/10 | J | | |
| 10. -Guaranty Fed Bancshares Inc (GFED) Comm Stk | | None | J | T | | | | | |
| 11. USAA Investment Mgmt Co. IRA | C | Dividend | M | T | | | | | |
| 12. -USAA GNMA Trust | | | | | | | | | |
| 13. -USAA High-Yield Opportunities Fund | | | | | | | | | |
| 14. -USAA Income Fund | | | | | | | | | |
| 15. -USAA Income Stk Fund | | | | | | | | | |
| 16. -USAA S & P 500 Index Fund Member Shares | | | | | | | | | |
| 17. -USAA Short-Term Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250.000 | |
| | N =$250.001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Central Trust and Investment Co CONDUIT IRA | E | Dividend | O | T | | | | | |
| 19. -CASH EQUIVALENTS | | | | | | | | | |
| 20. --Federated Prime Obligations | | | | | | | | | |
| 21. -FIXED INCOME FUNDS | | | | | | | | | |
| 22. --Fed Total Return Bond | | | | | | | | | |
| 23. --Pimco Foreign Bond-Unhedged | | | | | | | | | |
| 24. --Vanguard Inflation Protected | | | | | | | | | |
| 25. -- Federated High Yield Bond | | | | | | | | | |
| 26. --Vanguard Short-Term Inv Grade | | | | | | | | | |
| 27. -- Vanguard Int-Term Inv Grade | . | | | | | | | | |
| 28. --VGD GNMA | | | | | | | | | |
| 29. -EQUITY MUTUAL FUNDS | | | | | | | | | |
| 30. --VGD Dev Mkt Index | | | | | | | | | |
| 31. --Vanguard Inst Index FD Inst Shrs (fmly Vanguard 500 Index) | | | | | | | | | |
| 32. --DFA US Micro Cap | | | | | | | | | |
| 33. -- DFA US Sml Cap | | | | | | | | | |
| 34. -- DFA US Sml Cap Val | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- DFA US Large Cap Val | | | | | | | | | |
| 36. --DFA Intl Val | | | | | | | | | |
| 37. -- DFA Intl Smcap Val | | | | | | | | | |
| 38. -- DFA Intl Sml CO | | | | | | | | | |
| 39. -- DFA EMERG MKTS VAL | | | | | | | | | |
| 40. --DFA EMERG MKTS | | | | | | | | | |
| 41. --DFA Emerg Mkts Small Cap | | | | | | | | | |
| 42. --Pimco Commodity Real Return | | | | | | | | | |
| 43. -- Northern Global Real Estate | | | | | | | | | |
| 44. -- Vanguard Growth Index | | | | | | | | | |
| 45. Ozark National Ordinary Life Ins. Policy | A | Int./Div. | J | T | | | | | |
| 46. Central Trust and Investment Co Revocable Trust #1 | A | Dividend | K | T | | | | | |
| 47. - Cash Equivalents | | | | | | | | | |
| 48. -- Federated Prime Obligations | | | | | | | | | |
| 49. - Fixed Income Funds | | | | | | | | | |
| 50. -- Federated Total Return Bond | | | | | Buy | 10/04/10 | J | | |
| 51. | | | | | Buy | 11/15/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12/15/10 | J | | |
| 53. | | | | | Sold (part) | 06/10/10 | J | A | |
| 54. | | | | | Sold (part) | 10/05/10 | J | A | |
| 55. --Federated High Yield Bond | | | | | Sold (part) | 10/05/10 | J | A | |
| 56. --Federated Ultra-Short Bond | | | | | Sold (part) | 10/05/10 | J | A | |
| 57. -- Pimco Foreign Bond-Unhedged | | | | | Buy | 11/15/10 | J | | |
| 58. | | | | | Buy | 12/15/10 | J | | |
| 59. | | | | | Sold | 10/05/10 | J | A | |
| 60. -- Vanguard GNMA | | | | | Buy | 10/04/10 | J | | |
| 61. | | | | | Buy | 11/15/10 | J | | |
| 62. | | | | | Sold (part) | 10/05/10 | J | A | |
| 63. -- Vanguard Inflation Protected | | | | | Buy | 10/04/10 | J | | |
| 64. | | | | | Buy | 11/15/10 | J | | |
| 65. | | | | | Buy | 12/15/10 | J | | |
| 66. | | | | | Sold (part) | 06/10/10 | J | A | |
| 67. | | | | | Sold (part) | 10/05/10 | J | A | |
| 68. | | | | | Sold (part) | 12/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Vanguard Sht-Term Inv Grade | | | | | Buy | 10/04/10 | J | | |
| 70. | | | | | Buy | 11/15/10 | J | | |
| 71. | | | | | Sold (part) | 10/05/10 | J | A | |
| 72. --Vanguard Int-Term Inv Grade | | | | | Buy | 11/15/10 | J | | |
| 73. | | | | | Sold (part) | 10/05/10 | J | A | |
| 74. -Equity Mutual Funds | | | | | | | | | |
| 75. --DFA US Micro Cap | | | | | Sold (part) | 10/05/10 | J | A | |
| 76. --DFA Intl Sml CO | | | | | Sold (part) | 10/05/10 | J | A | |
| 77. --DFAIntl SM CAP Val | | | | | Sold (part) | 10/05/10 | J | A | |
| 78. --DFA US SM CAP VAL | | | | | Sold (part) | 10/05/10 | J | A | |
| 79. --DFA US LARGE CAP VAL | | | | | Buy | 10/04/10 | J | | |
| 80. | | | | | Buy | 11/15/10 | J | | |
| 81. | | | | | Buy | 12/15/10 | J | | |
| 82. | | | | | Sold (part) | 06/10/10 | J | A | |
| 83. | | | | | Sold (part) | 10/05/10 | J | A | |
| 84. | | | | | Sold (part) | 12/06/10 | J | A | |
| 85. --DFA US SML CAP | | | | | Sold (part) | 10/05/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --DFA INTL VALUE | | | | | Buy | 11/15/10 | J | | |
| 87. | | | | | Buy | 12/15/10 | J | | |
| 88. | | | | | Sold (part) | 10/05/10 | J | A | |
| 89. --DFA Emerging Mkt Value | | | | | Sold (part) | 10/05/10 | J | A | |
| 90. --DFA Emerging Mkts | | | | | Sold (part) | 10/05/10 | J | A | |
| 91. --VGD Developed Mkt Index | | | | | Buy | 11/15/10 | J | | |
| 92. | | | | | Buy | 12/15/10 | J | | |
| 93. | | | | | Sold | 10/05/10 | J | A | |
| 94. -- VGD Inst Index FD Inst Shrs (frmly VGD 500 Index) | | | | | Buy | 10/04/10 | J | | |
| 95. | | | | | Buy | 11/15/10 | J | | |
| 96. | | | | | Sold (part) | 10/05/10 | J | A | |
| 97. -- Pimco Commodity Real Return | | | | | Sold (part) | 10/05/10 | J | A | |
| 98. -- Northern Global Real Estate | | | | | Buy | 11/15/10 | J | | |
| 99. | | | | | Sold (part) | 10/05/10 | J | A | |
| 100. -- Vanguard Growth Index | | | | | Buy | 11/15/10 | J | | |
| 101. | | | | | Sold (part) | 10/05/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V -Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII Line 18.  Springfield Trust Co. is now known as Central Trust and Investment Co.

2. Part VII Line 46. Revocable Trust #1 is held at Central Trust and Investment Co. and managed the same as the Conduit IRA reflected in Part VII Line 18.

3. Part VII Lines 25, 26 and 27.  These three assets were previously listed in the Springfield Trust Company Reports under the heading "Equity Mutual Funds" and I included them in my prior disclosure reports   under that heading.  Now that Central Trust and Investment has taken over, these assets are listed under "Fixed Income Funds."  I have changed them accordingly in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 05/04/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard E. Dorr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544